1 | LAWRENCE G. BROWN
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America

6 |

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,           )    2:09-CV-02851-MCE-GGH
                                       )
12 |          Plaintiff,               )    **APPLICATION AND ORDER**
                                       )    **FOR PUBLICATION**
13 |      v.                           )
                                       )
14 | APPROXIMATELY $32,148.00 IN U.S.   )
     CURRENCY,                         )
15 |                                   )
     APPROXIMATELY $1,962.00 IN U.S.    )
16 | CURRENCY,                         )
                                       )
17 | APPROXIMATELY $3,546.00 IN U.S.    )
     CURRENCY,                         )
18 |                                   )
     APPROXIMATELY $132.00 IN U.S.      )
19 | CURRENCY,                         )
                                       )
20 | APPROXIMATELY $158.00 IN U.S.      )
     CURRENCY,                         )
21 |                                   )
     APPROXIMATELY 8 BOXES CONTAINING   )
22 | 164 UNITS OF SMOKABLE OTP,        )
                                       )
23 | APPROXIMATELY 38 BOXES CONTAINING  )
     927 UNITS OF SMOKABLE OTP,        )
24 |                                   )
     APPROXIMATELY 3 BOXES CONTAINING   )
25 | 60 UNITS OF SMOKABLE OTP,         )
                                       )
26 | APPROXIMATELY 1 BOX CONTAINING     )
     13 UNITS OF SMOKABLE OTP,         )
27 |                                   )
     APPROXIMATELY 41 BOXES CONTAINING  )
28 | 926 UNITS OF SMOKABLE OTP,        )
                                       )

1              Application and Order for Publication

1  APPROXIMATELY 284 BOXES CONTAINING )
   3,175 UNITS OF SMOKABLE OTP,       )
2                                     )
   APPROXIMATELY 256 BOXES CONTAINING )
3  663 UNITS OF SMOKABLE OTP,         )
                                      )
4  APPROXIMATELY 351 BOXES CONTAINING )
   3,116 UNITS OF SMOKABLE OTP,       )
5                                     )
   APPROXIMATELY 6 BOXES CONTAINING   )
6  70 UNITS OF SMOKELESS OTP,         )
                                      )
7  APPROXIMATELY 31 BOXES CONTAINING  )
   3,211 UNITS OF SMOKELESS OTP, and  )
8                                     )
   APPROXIMATELY 13 BOXES CONTAINING  )
9  1,200 UNITS OF SMOKELESS OTP,      )
                                      )
10              Defendants.           )
                                      )
11

12      The United States of America, Plaintiff herein, applies for

13  an order of publication as follows:

14      1.  Rule G(4) of the Supplemental Rules for Admiralty or

15  Maritime Claims and Asset Forfeiture Actions (hereafter

16  "Supplemental Rules") provides that the Plaintiff shall cause

17  public notice of the action to be given in a newspaper of general

18  circulation or on the official internet government forfeiture

19  site;

20      2.  Local Rule 83-171, Eastern District of California,

21  provides that the Court shall designate by order the appropriate

22  newspaper or other vehicle for publication;

23      3.  The defendants Approximately $32,148.00 in U.S.

24  Currency; Approximately $1,962.00 in U.S. Currency; Approximately

25  $3,546.00 in U.S. Currency; Approximately $132.00 in U.S.

26  Currency; Approximately $158.00 in U.S. Currency; Approximately 8

27  Boxes Containing 164 Units of Smokable OTP; Approximately 38

28  Boxes Containing 927 Units of Smokable OTP; Approximately 3 Boxes

1  Containing 60 Units of Smokable OTP; Approximately 1 Box

2  Containing 13 Units of Smokable OTP; Approximately 41 Boxes

3  Containing 926 Units of Smokable OTP; Approximately 284 Boxes

4  Containing 3,175 Units of Smokable OTP; Approximately 256 Boxes

5  Containing 663 Units of Smokable OTP; Approximately 351 Boxes

6  Containing 3,116 Units of Smokable OTP; Approximately 6 Boxes

7  Containing 70 Units of Smokeless OTP; Approximately 31 Boxes

8  Containing 3,211 Units of Smokeless OTP, and Approximately 13

9  Boxes Containing 1,200 Units of Smokeless OTP were seized in the

10  city of Yuba City, in Sutter County, California.

11      4.    Plaintiff proposes that publication be made as follows:

12          a.   One publication;

13          b.   Thirty (30) consecutive days;

14          c.   On the official internet government forfeiture

15  site www.forfeiture.gov;

16          d.   The publication is to include the following:

17              (1)  The Court and case number of the action;

18              (2)  The date of the seizure/posting;

19              (3)  The identity and/or description of the

20  property seized/posted;

21              (4)  The name and address of the attorney for the

22  Plaintiff;

23              (5)  A statement that claims of persons entitled

24  to possession or claiming an interest pursuant to Supplemental

25  Rule G(5) must be filed with the Court and served on the attorney

26  for the Plaintiff no later than 60 days after the first day of

27  publication on the official internet government forfeiture site;

28  and

3                Application and Order for Publication

1              (6)    A statement that answers to the Complaint or

2  a motion under Rule 12 of the Federal Rules of Civil Procedure

3  ("Fed. R. Civ. P.") must be filed and served within 20 days after

4  the filing of the claims and, in the absence thereof, default may

5  be entered and condemnation ordered.

6  Dated: Oct. 13, 2009            LAWRENCE G. BROWN
                                    United States Attorney
7

8
                                   /s/ Kristin S. Door
9                                  KRISTIN S. DOOR
                                   Assistant U.S. Attorney
10

11

12                                 **ORDER**

13       IT IS SO ORDERED.

14  Dated: October 16, 2009
                                   /s/ Gregory G. Hollows
15
                                   UNITED STATES MAGISTRATE JUDGE
16

17
   09cv2851.pub
18

19

20

21

22

23

24

25

26

27

28