| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

     Plaintiff,                     No. 2:09-cv-2851 MCE GGH

     vs.

Approximately $32,148.00,

     Defendant.                 <u>ORDER</u>

_____/

     The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to refer this case back to the Honorable Gregory G. Hollows, U.S. Magistrate Judge, for any further proceedings which may be appropriate or required.

DATED: February 9, 2010

                                                         /s/ Kendall J. Newman
                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE

32148.rec