```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:09-CV-02851-MCE-GGH
                                    )
12           Plaintiff,             )   FINDINGS AND RECOMMENDATIONS
                                    )
13      v.                          )
                                    )
14 APPROXIMATELY $32,148.00 IN U.S. )
   CURRENCY,                        )
15                                  )
   APPROXIMATELY $1,962.00 IN U.S.  )
16 CURRENCY,                        )
                                    )
17 APPROXIMATELY $3,546.00 IN U.S.  )
   CURRENCY,                        )
18                                  )
   APPROXIMATELY $132.00 IN U.S.    )
19 CURRENCY,                        )
                                    )
20 APPROXIMATELY $158.00 IN U.S.    )
   CURRENCY,                        )
21                                  )
   APPROXIMATELY 8 BOXES CONTAINING )
22 164 UNITS OF SMOKABLE OTP,       )
                                    )
23 APPROXIMATELY 38 BOXES CONTAINING)
   927 UNITS OF SMOKABLE OTP,       )
24                                  )
   APPROXIMATELY 3 BOXES CONTAINING )
25 60 UNITS OF SMOKABLE OTP,        )
                                    )
26 APPROXIMATELY 1 BOX CONTAINING   )
   13 UNITS OF SMOKABLE OTP,        )
27                                  )
   APPROXIMATELY 41 BOXES CONTAINING)
28 926 UNITS OF SMOKABLE OTP,       )
```

```
                                        )
  APPROXIMATELY 284 BOXES CONTAINING     )
  3,175 UNITS OF SMOKABLE OTP,           )
                                         )
  APPROXIMATELY 256 BOXES CONTAINING     )
  663 UNITS OF SMOKABLE OTP,             )
                                         )
  APPROXIMATELY 351 BOXES CONTAINING     )
  3,116 UNITS OF SMOKABLE OTP,           )
                                         )
  APPROXIMATELY 6 BOXES CONTAINING       )
  70 UNITS OF SMOKELESS OTP,             )
                                         )
  APPROXIMATELY 31 BOXES CONTAINING      )
  3,211 UNITS OF SMOKELESS OTP, and      )
                                         )
  APPROXIMATELY 13 BOXES CONTAINING      )
  1,200 UNITS OF SMOKELESS OTP,          )
                                         )
            Defendants.                  )
  _____)
```

This matter came before the Honorable Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant assets to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

   1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed October 13, 2009.

   2. Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Kultar Singh[1] and Rajdeep Kaur.

   3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Kultar Singh and Rajdeep Kaur received notice of the forfeiture action; that any and all other

---

[1] Kultar Singh is also known as Kultar Singh Bhullar. (Hauser Decl., Ex. A to Compl.)

2                                      Findings and Recommendations

unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Kultar Singh and Rajdeep Kaur be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title or interest of potential claimants Kultar Singh and Rajdeep Kaur in the defendant assets;

7. That a final judgment be entered, forfeiting all right, title and interest in the defendant assets to the United States of America, to be disposed of according to law.

8. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

Dated: April 29, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

09cv2851.rr

3  Findings and Recommendations