```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $32,148.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> APPROXIMATELY $1,962.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> APPROXIMATELY $3,546.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> APPROXIMATELY $132.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> APPROXIMATELY $158.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> APPROXIMATELY 8 BOXES CONTAINING ) <br> 164 UNITS OF SMOKABLE OTP, ) <br> ) <br> APPROXIMATELY 38 BOXES CONTAINING ) <br> 927 UNITS OF SMOKABLE OTP, ) <br> ) <br> APPROXIMATELY 3 BOXES CONTAINING ) <br> 60 UNITS OF SMOKABLE OTP, ) <br> ) <br> APPROXIMATELY 1 BOX CONTAINING ) <br> 13 UNITS OF SMOKABLE OTP, ) <br> ) <br> APPROXIMATELY 41 BOXES CONTAINING ) | 2:09-CV-02851-MCE-GGH <br><br> DEFAULT JUDGMENT AND FINAL <br> JUDGMENT OF FORFEITURE |

```
 1  926 UNITS OF SMOKABLE OTP,              )
                                            )
 2  APPROXIMATELY 284 BOXES CONTAINING      )
    3,175 UNITS OF SMOKABLE OTP,            )
 3                                          )
    APPROXIMATELY 256 BOXES CONTAINING      )
 4  663 UNITS OF SMOKABLE OTP,              )
                                            )
 5  APPROXIMATELY 351 BOXES CONTAINING      )
    3,116 UNITS OF SMOKABLE OTP,            )
 6                                          )
    APPROXIMATELY 6 BOXES CONTAINING        )
 7  70 UNITS OF SMOKELESS OTP,              )
                                            )
 8  APPROXIMATELY 31 BOXES CONTAINING       )
    3,211 UNITS OF SMOKELESS OTP, and       )
 9                                          )
    APPROXIMATELY 13 BOXES CONTAINING       )
10  1,200 UNITS OF SMOKELESS OTP,           )
                                            )
11              Defendants.                 )
                                            )
```

This matter came on before the Honorable Magistrate Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant assets to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Kultar Singh and Rajdeep Kaur are held in default.

3. A judgment by default is hereby entered against any right, title or interest of Kultar Singh and Rajdeep Kaur in the defendant assets referenced in the above-caption.

4.   A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the below-listed defendant assets to the United States, to be disposed of according to law:

 a.  Approximately $32,148.00 in U.S. Currency,
 b.  Approximately $1,962.00 in U.S. Currency,
 c.  Approximately $3,546.00 in U.S. Currency,
 d.  Approximately $132.00 in U.S. Currency,
 e.  Approximately $158.00 in U.S. Currency,
 f.  Approximately 8 Boxes Containing 164 Units of Smokable OTP,
 g.  Approximately 38 Boxes Containing 927 Units of Smokable OTP,
 h.  Approximately 3 Boxes Containing 60 Units of Smokable OTP,
 i.  Approximately 1 Box Containing 13 Units of Smokable OTP,
 j.  Approximately 41 Boxes Containing 926 Units of Smokable OTP,
 k.  Approximately 284 Boxes Containing 3,175 Units of Smokable OTP,
 l.  Approximately 256 Boxes Containing 663 Units of Smokable OTP,
 m.  Approximately 351 Boxes Containing 3,116 Units of Smokable OTP,
 n.  Approximately 6 Boxes Containing 70 Units of Smokeless OTP,
 o.  Approximately 31 Boxes Containing 3,211 Units of Smokeless OTP, and
 p.  Approximately 13 Boxes Containing 1,200 Units of Smokeless OTP.

5.   All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE